PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Bloom, Ira                                      Cr.:06-00015-01

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: May 7, 2007

Original Offense: Tax Evasion

Original Sentence: Three years probation, financial disclosure, cooperate with the Internal Revenue Service five months home confinement, DNA testing and a $100 special assessment.

Type of Supervision: Probation                              Date Supervision Commenced: May 7,2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 19, 2007, the probation office received an alert from the home confinement monitoring service indicating Mr. Bloom left his home at 6:32am, prior to his 7:45am curfew ending. When contacted a short while later this date regarding his non-compliance the offender stated thought he requested an early leave. |

U.S. Probation Officer Action:

Our office verbally reprimanded Bloom and extended his home confinement term one day.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 08/07/07

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

No additional action need be taken. Court endorses the petition.

Signature of Judicial Officer

11 September 2007
Date