UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 06-0015 (WHW) |
| v. | : | **ORDER** |
| IRA BLOOM | : | |

**Walls, Senior District Judge**

Defendant Ira Bloom has moved for an early termination of his probation. The Court has considered the moving and opposition papers.

It is on this 8th day of October, 2008,

ORDERED that defendant's request is DENIED.

s/William H. Walls
United States Senior District Judge